IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| CLARA J. AROCHA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 5:06-CV-015-C |
| JO ANNE B. BARNHART, ) | ECF |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Plaintiff is appealing an adverse decision of the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed her Report and Recommendation on August 23, 2006. No written objections have been filed. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered cause is hereby dismissed with prejudice.

Dated this 13th day of September, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT